UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RENAISSANCE RIBBONS, INC.,

      Plaintiff,

  v.

HADLEY POLLET, LLC,

      Defendant.

NO. CIV. S-05-1802 FCD JFM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Plaintiff's Motion for Writ of Attachment is continued to November 18, 2005 at 10:00 a.m. Defendant shall file and serve his opposition brief or notice of non-opposition no later than October 28, 2005.  Plaintiff may file and serve a reply on or before November 4, 2005.

    2.  Defendant's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to plaintiff's motion in compliance with Local Rule 78-230(c).

///

1    3.   Defendant's counsel shall file his response to the
2 order to show cause on or before October 28, 2005.
3    4.   A hearing on the order to show cause will follow the
4 hearing on the Motion for Writ of Attachment.
5    IT IS SO ORDERED.
6 DATED: October 12, 2005.

```
                                  /s/ Frank C. Damrell Jr.
                                  FRANK C. DAMRELL, Jr.
                                  UNITED STATES DISTRICT JUDGE
```